# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3768

_____

United States of America

*Plaintiff - Appellee*

v.

Jermaine J. Arrington

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 16, 2013
Filed: July 18, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jermaine Arrington appeals the district court's[1] denial of his 18 U.S.C.
§ 3582(c)(2) sentence-reduction motion based on the Fair Sentencing Act of 2010

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the
Western District of Missouri.

(FSA). We conclude that Arrington was not entitled to a reduction, as his Guidelines sentencing range was calculated based on his unlawful possession of a firearm, <u>see</u> U.S.S.G. § 2K2.1, which was not affected by any provision of the FSA. <u>See</u> 18 U.S.C. § 3582(c)(2) (court may reduce prison term of defendant who has been sentenced based on sentencing range that has subsequently been lowered by Sentencing Commission); <u>United States v. Tolliver</u>, 570 F.3d 1062, 1066-67 (8th Cir. 2009) (§ 3582(c)(2) allows sentence reduction only when amendment lowers applicable Guidelines range).

Accordingly, the judgment is affirmed. Counsel's motion to withdraw is granted.

_____